IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BUGGS,

   Plaintiff,

  v.

BAY PROPERTY GROUP,

   Defendant.

Case No. 18-cv-03683-MMC

**ORDER DISMISSING ACTION**

Before the Court is the Report and Recommendation, filed August 20, 2018, in which Magistrate Judge Laurel Beeler recommends the above-titled action be dismissed.[1] Any objections thereto were due September 6, 2018. To date, no objections have been filed.

The Court, having read and considered the Report and Recommendation as well as the docket in the above-titled action, hereby ADOPTS the Report and Recommendation in full.

Accordingly, the above-titled action is hereby DISMISSED.

---

[1] By order filed July 3, 2018, Magistrate Judge Beeler dismissed plaintiff Michael Buggs' complaint for lack of subject-matter jurisdiction, and afforded him leave to amend. By order filed July 24, 2018, Magistrate Judge Beeler extended to August 14, 2018, plaintiff's deadline to file an amended complaint. On August 21, 2018, the above-titled action was reassigned to the undersigned. To date, no amended complaint has been filed.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 10, 2018

MAXINE M. CHESNEY
United States District Judge